UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  1:14-cv-24410-MGC

TAL HILSON,

        Plaintiff,

vs.

STEVE'S RESTAURANT CORP,
d/b/a STEVE'S PIZZA,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, TAL HILSON and Defendant, STEVE'S RESTAURANT CORP, d/b/a STEVE'S PIZZA, have agreed to a settlement of all issues, including fees and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement.

The parties are requesting this Court 30 days to finalize the settlement agreement and submit final proposed Dismissal Order.

Dated: January 5, 2014.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, January 5, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a copy of same to: Mark D. Cohen, Esq.

1840 North Commerce Parkway
Suite One
Weston, Florida 33326
**T:** 954-688-7642
**F:** 954-332-9260
**W:** BeharBehar.com

Respectfully submitted,

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
BeharBehar
Florida Bar No: 166286
1840 North Commerce Parkway, Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
**Counsel for Defendant**

**SERVICE LIST**

Mark D. Cohen, Esq.
MARK D. COHEN, P.A.
Presidential Circle
Suite #435 South
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: 954-962-1779
E-mail: mdcohenpa@yahoo.com
**Counsel for Plaintiff**

1840 North Commerce Parkway
Suite One
Weston, Florida 33326
T: 954-688-7642
F: 954-332-9260
W: BeharBehar.com