UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:14-cv-24410-MGC

TAL HILSON,

    Plaintiff,

vs.

STEVE'S RESTAURANT CORP,
d/b/a STEVE'S PIZZA,

    Defendant.
_____/

**JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, TAL HILSON, and Defendant, STEVE'S RESTAURANT CORP, d/b/a STEVE'S PIZZA, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

**FACTS**

1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

2. There is no need for the case to be pending during this time period as it is the parties' belief the parties will comply with same subsequent hereto.

3. Except as otherwise agreed in the settlement agreement, each party is to bear their own attorney's fees and costs.

1

## MEMORANDUM OF LAW

Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. <u>In re Anago Franchising v. Shaz, LLC</u>, 677 Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 27 day of February, 2015.

                          Respectfully submitted,

| | |
|---|---|
| */s/Aaron Behar* | *s/ Mark D. Cohen* |
| Aaron Behar, Esq. | Mark D. Cohen, Esquire |
| Florida Bar No: 166286 | Bar No.: 347345 |
| BeharBehar | E-mail address: mdcohenpa@yahoo.com |
| 1840 North Commerce Parkway, Suite 1 | Law Offices of Mark D. Cohen, P.A. |
| Weston, Florida 33326 | 4000 Hollywood Blvd. Ste 435 So. |
| Telephone: (954) 688-7642 | Hollywood, FL 33021 |
| Facsimile: (954) 332-9260 | Telephone: (954) 962-1166 |
| E-mail: ab@beharbehar.com | Facsimile: (954) 962-1779 |
| Attorney for Defendant | Attorney for Plaintiff |